IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.J. et al.,

    Plaintiffs,

v.

JON E. LITSCHER, et al.

    Defendants.

ORDER

Case No. 17-cv-47-jdp

---

Plaintiffs J.J., K.D., C.M. and R.N, who are in the custody of the Wisconsin Department of Corrections, have submitted a proposed complaint and have paid the $400 filing fee. Because plaintiffs are in custody, plaintiffs are subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiffs' complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiffs will be notified promptly when such a decision has been made.

Entered this 24th day of January, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge