IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.J., *by and through his next friend Sakeena Jackson*; K.D., *by and through her next friends John Levy and Meranda Davis*; C.M., *by and through his next friend Toinette Ducksworth*; R.N., *by and through his next friend Gloria Norwood*; M.S., *by and through his next friend Jolene Waupekanay*; A.V., *by and through his next friend Veronica Rocha-Montejano*; M.R., *by and through his next friend Autumn Rodgers*; S.K., *by and through her next friend Thomas Korn*; and A.P., *by and through her next friend Louise Plaskey*,

                Plaintiffs,

    v.

JON E. LITSCHER, JOHN D. PAQUIN, WENDY A. PETERSON, and BRIAN GUSTKE,

                Defendants.

ORDER

17-cv-47-jdp

---

The court has reviewed and evaluated the parties' submission regarding the form of the preliminary injunction, including their alternative proposals on points of disagreement. Dkt. 69. In general, the agreed-upon provisions will drastically reduce the use of punitive restrictive housing, chemical agents, and mechanical restraints. The court has afforded defendants some time to implement some changes that require additional training or programming for youths. But most of the critical changes must be implemented no later than July 21, 2017.

Plaintiffs also propose additional provisions requiring systematic changes to how staff are trained and youth behavior is managed. *Id.* at 18-21. Changes like these may be advisable. But the preliminary injunction is intended only to eliminate constitutional violations, not to mandate a set of "best practices." Plaintiffs also ask the court to order additional reporting on the use of restrictive housing, chemical agents, and mechanical

restraints. This information should be available to plaintiffs through discovery requests, but the court will not order it at this point.

Entered July 10, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge