# COURTROOM MINUTES
# CIVIL

DATE: 9/15/2017　DAY: Friday　START TIME: 10:02 a.m.　END TIME: 10:32 a.m.
JUDGE/MAG.: James D. Peterson　CLERK: jef　REPORTER: CS
CASE NO.: 17-cv-47　CASE NAME: J.J. et al. v. Listcher, Jon, et al.

**APPEARANCES:**

PLAINTIFF(S): Attys. Laurence Dupuis, et al.
by telephone

DEFENDANT(S): Atty. Samuel Hall
by telephone

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Telephone status conference

Discussion regarding motion for class certification, mediation options and compliance of preliminary injunction.

Plaintiff's motion for class certification is GRANTED.

Joint report on the status of compliance of the preliminary injunction is due within 21 days.

TOTAL COURT TIME: