UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J.J., *et. al.*,

                Plaintiffs,

v.                                        Case No. 17-CV-47

Jon E. Litscher, *et. al.*,

                Defendants.

---

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

---

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move the Court to issue an order (1) granting preliminary approval to the proposed Settlement Agreement, pending a final fairness hearing, (2) approving the attached Proposed Notice of Settlement, and (3) setting dates for a fairness hearing and a deadline for objections to the settlement, to be filed with the Court. The grounds for this Motion are more fully set forth in the accompanying memorandum of law and Declaration of R. Timothy Muth.

Dated this 1st day of June, 2018.

                                                      /s/ R. Timothy Muth

                                                      ACLU OF WISCONSIN FOUNDATION
                                                      Laurence J. Dupuis (SBN 2029261)
                                                      Karyn L. Rotker (SBN 1007719)
                                                      R. Timothy Muth (SBN 1010710)
                                                      207 E. Buffalo Street, Suite 325
                                                      Milwaukee, WI 53202
                                                      Telephone: (414) 272–4032
                                                      Facsimile: (414) 272–0182
                                                      ldupuis@aclu–wi.org
                                                      krotker@aclu–wi.org
                                                      tmuth@aclu–wi.org

JUVENILE LAW CENTER
Jessica Feierman
Karen Lindell
Marsha Levick
The Philadelphia Building
1315 Walnut Street, 4th Floor
Philadelphia, PA 19107
Telephone: (215) 625–0551
jfeierman@jlc.org
klindell@jlc.org
mlevick@jlc.org

QUARLES & BRADY LLP
Matthew J. Splitek (SBN 1045592)
Rachel A. Graham (SBN 1069214)
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251–5000
matthew.splitek@quarles.com
rachel.graham@quarles.com

Emily L. Stedman (SBN 1095313)
Zachary T. Eastburn (SBN 1094676)
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277–5000
emily.stedman@quarles.com
zachary.eastburn@quarles.com

*Attorneys for Plaintiffs*


/s/_Samuel C. Hall, Jr._____

CRIVELLO CARLSON, S.C.
Samuel C. Hall, Jr., WI Bar No. 1045476
shall@crivellocarlson.com
Benjamin A. Sparks, WI Bar No. 1092405
bsparks@crivellocarlson.com
710 N. Plankinton Ave. Ste. 500
Milwaukee, WI 53203-2404
Tel.: (414) 290-7587
Fax: (414) 271-4438

*Attorneys for Defendants Jon E. Litscher, John D. Paquin, Wendy A. Peterson, Brian Gustke*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of June, 2018, I filed the foregoing Joint Motion For Preliminary Settlement Approval using the CM/ECF system, which will send electronic notification of such filing to all counsel of record who are ECF participants. I further certify that on said date, paper copies were sent to those indicated as non–registered ECF participants, via First Class, United States mail, postage prepaid.

              /s/ R. Timothy Muth