UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J.J., *et. al.*,

                Plaintiffs,

v.                                               Case No. 17-CV-47

Jon E. Litscher, *et. al.*,

                Defendants.

**JOINT MOTION FOR FINAL SETTLEMENT APPROVAL**

      Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move the Court to issue an order (1) granting final approval to the proposed "Stipulation and Consent Decree and Permanent Injunction" attached as Exhibit D to the accompanying Second Declaration of R. Timothy Muth, and ordering entry of same.

      This Motion is based on the pleadings and record in this action and the concurrently filed Second Declaration of R. Timothy Muth as is more fully set forth in the accompanying memorandum of law.

      Dated this 6th day of August, 2018.

                                               /s R. Timothy Muth
                                             ACLU OF WISCONSIN FOUNDATION
                                             Laurence J. Dupuis (SBN 2029261)
                                             Karyn L. Rotker (SBN 1007719)
                                             R. Timothy Muth (SBN 1010710)
                                             207 E. Buffalo Street, Suite 325
                                             Milwaukee, WI 53202
                                             Telephone: (414) 272–4032
                                             Facsimile: (414) 272–0182
                                             ldupuis@aclu–wi.org
                                             krotker@aclu–wi.org
                                             tmuth@aclu–wi.org

JUVENILE LAW CENTER
Jessica Feierman
Karen Lindell
Marsha Levick
The Philadelphia Building
1315 Walnut Street, 4th Floor
Philadelphia, PA 19107
Telephone: (215) 625–0551
jfeierman@jlc.org
klindell@jlc.org
mlevick@jlc.org

QUARLES & BRADY LLP
Matthew J. Splitek (SBN 1045592)
Rachel A. Graham (SBN 1069214)
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 251–5000
matthew.splitek@quarles.com
rachel.graham@quarles.com

Emily L. Stedman (SBN 1095313)
Zachary T. Eastburn (SBN 1094676)
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277–5000
emily.stedman@quarles.com
zachary.eastburn@quarles.com

*Attorneys for Plaintiffs*


s/ Samuel C. Hall, Jr.

CRIVELLO CARLSON, S.C.
Samuel C. Hall, Jr., WI Bar No. 1045476
shall@crivellocarlson.com
Benjamin A. Sparks, WI Bar No. 1092405
bsparks@crivellocarlson.com
710 N. Plankinton Ave. Ste. 500
Milwaukee, WI 53203-2404
Tel.: (414) 290-7587
Fax: (414) 271-4438

*Attorneys for Defendants Jon E. Litscher, John D. Paquin, Wendy A. Peterson, Brian Gustke*