United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
James D. Peterson
Chief District Judge

Telephone
608-264-5504

June 9, 2022

Thomas Spellman
210 North 2nd Street
Delavan, WI 53115

Dear Mr. Spellman:

    Thank you for your expression of concern over the situation at Lincoln Hills. I will share your concerns with the parties by putting your letter on the docket of the case.

    Thank you, too, for the copy of the book on the effects of trauma, which is a factor in many of the cases I hear. I look forward to reading it.

Sincerely,

James D. Peterson
Chief District Judge

JDP:skv