December 12, 2022

Thomas Spellman
210 N 2nd Street
Delavan WI 53115
414 403 1341

Judge James Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street Room 320
Madison WI 53703

FILED/REC'D

2022 DEC 15 A 10:47

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Dear Judge Peterson

Yes once again. Where to begin?

I do not have access to the case file so I do not know who saw my letter of June 7, 2022. What I do know is that no one reached out to me to follow up on what the children NEED – NO MUST receive.

The medical profession (mental health is part of the medical profession is it not) KNOWS what is necessary on a whole myriad of medical emergencies BUT it seems THEY DO NOT KNOW THAT TRAUMATIZE CHILDREN WHOSE BRAINS ARE DEVELOPING MUST HAVE EFFECTIVE TREATMENT. Are we real or is this a fantasy world. Oh, that's right they are primarily children of color and so……

What is happening to the developing brains of the children who are locked in their rooms (for their safety) and with what? No mention of the hours each day they are locked in their rooms.

The irony is that the horror that was documented in your Court under the Walker administration has not been fully resolve by the Evers administration.

For now, 14 reports, three and one half years, the developing brains of the CHILDREN who are at Lincoln Hills School for Boys are still suffering. While it is OK for the "Government" to take its time to finally raise the pay scale to encourage both more people to apply and to have folk who apply with a better set of skills as well.

Again all that I have suggested still stands and I will admit that I am slow but my wife has a very, very good therapist, and he helps her greatly, and he is in his office in Janesville and she is in our home.

WHY are the children NOT GETTING daily therapy, a human being that cares about them, at least 5 days a week. Yes remotely just as my wife does. I do not get a sense that there are house parents but I hopefully I am wrong on that.

It is clear that you are the only person who may care enough and be willing to acknowledge what Dr Lonnie Athens observed now 30 years ago that ALL violent individuals were FIRST traumatized, Brutalized and then they all acted out and became Belligerent. How is it that the State of Wisconsin has not come to realize that children who are traumatized, act out and that they are acting out BECAUSE of the injury to the BRAIN not because they have a character FLAW or challenge adult authority.

I pray that you will reopen the case based upon the NEEDS of the CHILDREN to get the THERAPY that they need to heal from the past traumas they have suffered and the current trauma they are experiencing at Lincoln Hill itself.

Peace

*Thomas Spellman* (signature)

Thomas Spellman