**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
James D. Peterson
Chief District Judge

Telephone
608-264-5504

December 15, 2022

Thomas Spellman
210 North 2nd Street
Delavan, WI 53115

Dear Mr. Spellman:

Thank you for your letter dated December 12, 2022. I appreciate having the benefit of your comments.

Sincerely,

James D. Peterson
Chief District Judge

JDP:skv