United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 North Henry Street, Room 560
Madison, Wisconsin 53703

Chambers of
James D. Peterson
Chief District Judge

Telephone
608-264-5504

September 11, 2024

Thomas Spellman
210 North 2nd Street
Delavan, WI 53115

Dear Mr. Spellman,

    Thank you for your letters dated August 19, 2024, and September 10, 2024. I continue to appreciate having the benefit of your comments.

Sincerely,

James D. Peterson
Chief District Judge

JDP:jav