UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

**J.T.**, by and through his next friend,
Sakeena Jackson, for themselves and all
others similarly situated, N.L., and L.G.

    Plaintiffs,

v.                                                                                    Case No.: 17-CV-47

**JON E. LITSCHER**, in his official capacity
as Secretary of the Wisconsin Department
of Corrections, et al.,

    Defendants.

---

### ~~PROPOSED~~ ORDER
### TO TERMINATE CONSENT DECREE AND DISMISS ACTION

---

Upon motion of the Defendants and with no opposition from the Plaintiffs;

IT IS HEREBY ORDERED that:

1) the Consent Decree in this matter be terminated; and,

2) the above captioned action is hereby dismissed on its merits, with prejudice, and without costs to any party except as outlined in the Unopposed Motion to Terminate Consent Decree and Dismiss Action.

Dated this 28TH day of January, 2026.

                                                Honorable James D. Peterson
                                                United States District Court Judge